AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One Dell Latitude C600/C500
Laptop Computer, Model No. PP01L,
DS/N TW-01F902-12800-1A1-0429

FILED

DEC 21 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SEARCH WARRANT

CASE NUMBER: 07-672-M-01

TO:  John Marsh   and any Authorized Officer of the United States

Affidavit(s) having been made before me by Investigator John Marsh  who has reason to believe that within One Dell Latitude C600/C500 Laptop Computer, Model No. PP01L, DS/N TW-01F902-12800-1A1-0429

in the District of Columbia, there is now concealed certain property, namely images of child pornography, and other information as set forth in Attachment B to the attached affidavit
☐

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___December 31, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 21 2007
_____
Date and Time Issued JOHN M. FACCIOLA
         U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

_John M. Facciola_
Signature of Judicial Officer
JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

AO 109 (2/90) Seizure Warrant

|  | RETURN | |
|---|---|---|
| DATE WARRANT RECEIVED<br>12-21-07 | DATE AND TIME WARRANT EXECUTED<br>12-21-07  1400 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>property |

INVENTORY MADE IN THE PRESENCE OF
John March, Timothy Palchak, Chris Brophy

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

Image of Dell laptop computer hard drive

END

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

X _____

**FILED**
DEC 27 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____          12/28/07
U.S. Judge or U.S. Magistrate Judge          Date